UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ALISSA KOPP,

      Plaintiff,                                           Case No. _____

v.                                               State Case No. CACE-17-002716

MND ENTERPRISES, INC. and
MICHAEL ASA DOWNS,

      Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants hereby give notice that the action styled *Alissa Kopp v. MND Enterprises, Inc. and Michael Asa Downs*, Case No. CACE-17-002716, pending in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida has been removed to the United Stated District Court for the Southern District of Florida.

This Court has original jurisdiction of this action under federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441(a), 1441(b), and 1446.  In accordance with 28 U.S.C. § 1446(a), all of the process and pleadings served upon the Defendants are attached to this Notice as Exhibit "A".

This Notice of Removal is being filed within the time allowed under 28 U.S.C. § 1446(b) as thirty days have not yet expired since the last Defendant was served with a summons and complaint.  See, *Getty Oil Corp. v. Ins. Co. of N. Am.*, 841 F.2d 1254, 1262-63 (5th Cir. 1988) (Eleventh Circuit rejects the "first served rule" and recognizes that last-served defendant rule).  The first-served Defendant, MND Enterprises, Inc., hereby joins in this Notice of Removal.

1

As required by 28 U.S.C. § 1446(d), Defendants have filed a true and correct copy of this Notice of Removal with the Clerk of the Broward Circuit Court, a copy of which is attached to this Notice of Removal as Exhibit "B".

Accordingly, Defendants have satisfied all of the removal requirements of 28 U.S.C. § 1446.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via email at service@yeboahlawgroup.com to Samuel Yeboah, Esq., 100 S.E. 3rd Avenue, Ste. 1101, Fort Lauderdale, Florida on this 13th day of June, 2017.

Respectfully submitted,

**ROBERT P. BISSONNETTE, P.A.**
Attorney for Defendants
Bayview Office Plaza
2810 E. Oakland Park Boulevard,
Suite 104
Fort Lauderdale, Florida 33306
Tel.  (954) 561-5554
Fax: (954) 561-5344
Email: rpb@bisslaw.com

By: /s/ Robert P. Bissonnette, Esq.
Robert P. Bissonnette
Florida Bar No. 966428

2